Marcos D. Sasso (SBN 228905)
sassom@ballardspahr.com
**BALLARD SPAHR LLP**
2029 Century Park East, Suite 800
Los Angeles, CA  90067-2909
Telephone: 424.204.4400
Facsimile: 424.204.4350

Counsel for Defendant,
CITIBANK, N.A.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MARTINEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>HUNT & HENRIQUES, CITIBANK (SOUTH DAKOTA) N.A., and DOES 1 through 10 inclusive,<br><br>　　　　　　　　Defendants. | Case No.  8:20-cv-00443-JLS-ADS<br><br>**NOTICE OF SETTLEMENT** |

NOTICE IS HEREBY GIVEN that Plaintiff has settled all her claims against Defendant Hunts & Henriques and Defendant Citibank, N.A (collectively, the "Parties"). The Parties anticipate filing a Stipulation of Dismissal with prejudice within 60 days after the date of this notice.

Dated: September 2, 2020

BALLARD SPAHR LLP
By: */s/* Marcos *D. Sasso*
　　Marcos D. Sasso
　　Attorney for Defendant
　　Citibank, N.A.