JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:20-cv-00443-JLS-ADS                   Date: September 08, 2020
Title: Linda Martinez et al v. Hunt and Henriques et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

      Melissa Kunig                                           N/A
       Deputy Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

            Not Present                                    Not Present

**PROCEEDINGS:** **(IN CHAMBERS) ORDER STAYING ACTION PENDING STIPULATION OF DISMISSAL AND REMOVING CASE FROM ACTIVE CASE LOAD**

      On September 2, 2020, Defendant Citibank, N.A. filed a Notice of Settlement (Doc. 30), indicating that Plaintiff case has settled her claims against Defendants Citibank, N.A., and Hunts & Henriques in full.  The Notice represents that the parties anticipate filing a Stipulation of Dismissal with prejudice within 60 days.  Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement, and VACATES the hearings scheduled for September 25, 2020 at 10:30 a.m.  (Docs. 12, 13.)

      It is further ORDERED that this action is removed from the Court's active caseload.  The parties shall file a Stipulation of Dismissal no later than November 2, 2020.  If no dismissal is filed, the Court deems the matter dismissed at that time.  Until dismissal, the Court retains full jurisdiction over this action and this Order shall not prejudice any party.

                                                      Initials of Preparer:  mku