1 Marcos D. Sasso (SBN 228905)
sassom@ballardspahr.com
2 **BALLARD SPAHR LLP**
2029 Century Park East, Suite 1400
3 Los Angeles, CA 90067-2915
Telephone: 424.204.4400
4 Facsimile: 424.204.4350

5 Counsel for Defendant,
CITIBANK, N.A.

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MARTINEZ, | Case No. 8:20-cv-00443-JLS-ADS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| HUNT & HENRIQUES, CITIBANK (SOUTH DAKOTA) N.A., and DOES 1 through 10 inclusive, | |
| Defendants. | |

STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, Plaintiff Linda Martinez ("Plaintiff"), and Defendant Hunt & Henriques and Defendant Citibank, N.A. (collectively, "Defendants") have fully and finally resolved all claims, disputes, and differences between the parties in this action.

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by Plaintiff and Defendants that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action, and all claims asserted therein, is hereby dismissed with prejudice, with each side hearing their own fees and costs incurred therein.

**IT IS SO STIPULATED**.

Dated: December 3, 2020

Respectfully Submitted,
THE LAW OFFICES OF AMIR J. GOLDSTEIN

By: */s/ Amir J. Goldstein*
     Amir J. Goldstein
     Attorney for Plaintiff

Dated: December 3, 2020

SIMMONDS & NARITA LLP

By: */s/ R. Travis Campbell*
     R. Travis Campbell
     Attorney for Defendant
     Hunt & Henriques

Dated: December 3, 2020

BALLARD SPAHR LLP
By: */s/ Marcos D. Sasso*
     Marcos D. Sasso
     Attorney for Defendant
     Citibank, N.A.

Ballard Spahr LLP
2029 Century Park East, Suite 1400
Los Angeles, California 90067-2915