# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> HUNT & HENRIQUES, CITIBANK (SOUTH DAKOTA) N.A., and DOES 1 through 10 inclusive, <br><br> Defendants. | Case No. 8:20-cv-00443-JLS-ADS <br><br> **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

1 | PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO
2 | ORDERED THAT:
3 |     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties'
4 | Stipulation, this action, and all claims asserted therein, is hereby dismissed with
5 | prejudice, with each side bearing their own fees and costs incurred therein.
6 | **IT IS SO ORDERED.**

DATED: December 3, 2020

        JOSEPHINE L. STATON
_____
Honorable Josephine L. Staton
United States District Judge

---

1

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE